# Order

Michigan Supreme Court
Lansing, Michigan

November 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131771

CARDELLE KENDRICKS,
      Plaintiff-Appellee,

v

LIVONIA POLICE OFFICER JOHN
REHFIELD, LIVONIA POLICE OFFICER
CHRISTOPHER KOTT, and LIVONIA
POLICE SERGEANT MCKEE,
      Defendants-Appellants,

and

DETROIT POLICE OFFICER KEVIN
COUNTS, DETROIT POLICE OFFICER
KEVIN REED, DETROIT POLICE SERGEANT
JOSEPH O'LEARY, DETROIT POLICE
INVESTIGATOR DIETRICH LEVER, and
DETROIT POLICE OFFICER HOYT
      Defendants.

SC: 131771
COA: 256693
Wayne CC: 03-340901-NO

_____/

      On order of the Court, the application for leave to appeal the April 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

d1122

Clerk